IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GERALD HARRIS,

                                                   ORDER

                 Plaintiff,

                                           09-cv-160-slc

       v.

UNIVERSITY OF WISCONSIN and
UNIVERSITY OF WISCONSIN RATHSKELLER
BAR AND GRILL,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

Entered this 4th day of May, 2009.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge