# OFFICE OF THE CLERK
### United States District Court for the Western District of Wisconsin
120 North Henry Street • PO Box 432 • Madison, WI 53701-0432
(608) 264-5156 • www.wiwd.uscourts.gov

September 15, 2009

Gerald Harris #268692
Oakhill Correctional Institution
P.O. Box 938
Oregon, WI  53575-0938

      Re: Harris v. University of Wisconsin, 09-cv-160-lsa

Dear Mr. Harris:

      This will acknowledge receipt of your letters of June 23, 2009 and September 8, 2009, in which you ask (1) if the court received your initial partial payment; (2) if you can get a lawyer to represent you; (3) if your case has been reassigned to another judge; and (4) what the current status of this case is.

      First, the court received your initial partial filing fee in the amount of $1.90 on April 13, 2009.  A current financial statement is enclosed for your records.

      Second, with regard to your inquiry about obtaining a lawyer, the docket sheet reflects that you filed a motion for appointment of counsel on May 1, 2009.  The motion is under advisement and will likely be ruled on in the order screening your complaint.

      Third, Judge Lynn Adelman of the District Court for the Eastern District of Wisconsin has been designated to take this case.  Regrettably, it does not appear that a copy of the designation order was mailed to you when it was docketed in your case on June 5, 2009.  I apologize for this inadvertent error.  A copy of the designation order is enclosed to you with this letter.

      Finally, the status of this case is that your complaint is under advisement for screening for a determination whether the complaint or any portion of it is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).  You will

be notified as soon as a decision is reached.

Very truly yours,

/s/


E. Stenhoff
Pro se Case Analyst

/eds
encs.

cc: Corey Finkelmeyer (via electronic notice)
Judge Lynn Adelman (via electronic notice)