IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GERALD HARRIS,

    Plaintiff,

v.

UNIVERSITY OF WISCONSIN and
UNIVERSITY OF WISCONSIN
RATHSKELLER BAR AND GRILL,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-160-lsa

    This action came for consideration before the court with DISTRICT JUDGE LYNN ADELMAN presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____      11-24-09
Peter Oppeneer, Clerk of Court     Date