# United States District Court
**Western District of Wisconsin**
**Robert W. Kastenmeier Courthouse**
120 N. Henry Street, Rm. 540
Post Office Box 591
Madison, Wisconsin  53701

| | |
|---|---|
| **Chambers of**<br>**Barbara B. Crabb**<br>**District Judge** | **Telephone**<br>608-264-5447 |

March 1, 2010

Gerald Harris #268692
Oakhill Correctional Institution
P.O. Box 938
Oregon, WI 53575

    In re: <u>09-cv-160-lsa; Harris v. University of Wisconsin, et al.</u>

Dear Mr. Harris:

    This will acknowledge receipt of your letter postmarked February 24, 2010 in which you ask if an appeal has been docketed and what docket number has been assigned to the appeal.

    As you can see from the enclosed courtesy copy of the docket sheet, a notice of appeal was not filed in this case.  However, in a civil case you filed previously in this district, 08-cv-718-lsa, <u>Harris v. Wiley, et al.</u> a notice of appeal was filed and assigned case number 09-01196.  You should be aware however, that a final order and mandate dismissing appeal 09-01196 was entered by the Seventh Circuit on March 19, 2009 when you failed to pay the required docketing fee pursuant to Circuit Rule 3(b).

    Very truly yours,

    s/ E. Clark

    E. Clark
    Pro se Case Analyst

/elc

enc.