# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## PLRA C.R. 3(b) FINAL ORDER

March 19, 2009

| | |
|---|---|
| No.: 09-1196 | GERALD HARRIS,<br>Plaintiff - Appellant<br><br>v.<br><br>JOHN WILEY, Chancellor, UW-Madison, et al.,<br>Defendants - Appellees |

| Originating Case Information: |
|---|
| District Court No: 3:08-cv-00718-lsa<br>Western District of Wisconsin<br>District Judge Lynn Adelman |

On February 10, 2009, this court issued an order directing the pro se appellant to file a brief memorandum by March 6, 2009, explaining why the appellant contends the district court's denial of the in forma pauperis motion is erroneous. The appellant has neither paid the $455.00 appellate fee nor filed the brief memorandum. Accordingly,

**IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

**IT IS FURTHER ORDERED** that the appellant pay the appellate fee of $455.00 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of *Section 1915(b)*. <u>Newlin v. Helman</u>, 123 F.3d 429, 433 (7th Cir. 1997).

form name: **c7_PLRA_3bFinalOrder** (form ID: **142**)