# United States District Court
### Western District of Wisconsin
### Robert W. Kastenmeier Courthouse
120 N. Henry Street, Rm. 540
Post Office Box 591
Madison, Wisconsin  53701


April 26, 2010

Gerald Harris #268692
Oakhill Correctional Institution
P.O. Box 938
Oregon, WI 53575-0938

    Re:    <u>Harris, Gerald v. University of Wisconsin, et al.; 09-cv-160-lsa</u>

Dear Mr. Harris:

    This will acknowledge receipt of your letter postmarked April 17, 2010, in which you ask the court to help you "continue [your] appeal on this case."

    From your letter you appear to be aware that the deadline to file an appeal in this case has expired. If you would like to ask the court to reopen the time to file an appeal, you may consult Fed. R. App. P. 4.


                        Very truly yours,

                        s/E. Stenhoff

                        E. Stenhoff
                        Pro se Case Analyst


cc:    District Judge Lynn S. Adelman (via Notice of Electronic Filing)
        Assistant Attorney General Corey Finkelmeyer (via Notice of Electronic Filing)